1  DAVID J. REED (State Bar No. 206338)
   djr@severson.com
2  MATTHEW A. GARFINKLE (State Bar No. 264730)
   mag@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  The Atrium
   19100 Von Karman Ave., Suite 700
5  Irvine, CA  92612
   Telephone:  (949) 442-7110
6  Facsimile:   (949) 442-7118

7  MARK JOSEPH KENNEY (State Bar No. 87345)
   mjk@severson.com
8  SEVERSON & WERSON
   A Professional Corporation
9  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
10 Telephone:  (415) 398-3344
   Facsimile:   (415) 956-0439

11

   Attorneys for Defendants
12 BANK OF AMERICA, N.A. on its own behalf and
   as successor by merger to BAC Home Loans
13 Servicing, LP (erroneously sued as BAC Home
   Loan Servicing, LP); and PRLAP, Inc.
14 (erroneously sued as PRLAP, Inc., Trustee)

15

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY HOANG LE,<br><br>    Plaintiff,<br><br>    vs.<br><br>BANK OF AMERICA, N.A.; and DOES 1 through 10, Inclusive; CT CORPORATION SYSTEM; PRLAP, INC., TRUSTEE; FIRST AMERICAN LOANSTAR TRUSTEE SERVICES; FIRST AMERICAN TITLE INSURANCE; FIRST AMERICAN TRUSTEE SERVICING SOLUTION, LLC; BAC HOME LOAN SERVICING, LP; GUYENT PHILLIP LUU, NOTARY PUBLIC,<br><br>    Defendants. | Case No.:  8:11-CV-01083 AG (ANx)<br>Hon. Andrew J. Guilford<br>Ctrm. 10-D<br><br>**JUDGMENT OF DISMISSAL**<br><br><br><br><br><br><br><br><br><br>Complaint Filed:  July 20, 2011 |

1  By an order dated October 11, 2011, this Court, the Honorable Andrew J.
2  Guilford, presiding, granted Defendant Bank of America, N.A.'s and PRLAP,
3  Inc.'s motion to dismiss Plaintiff Nancy Hoang Le's complaint pursuant to Federal
4  Rule of Civil Procedure, Rules 12(b)(1), 12(b)(5), 12(b)(6), and 12(g)(1), and 8(a),
5  with prejudice on the grounds that Plaintiff Nancy Hoang Le's claims are barred by
6  res judicata.
7  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's
8  complaint is dismissed.  Plaintiff is to recover nothing from either Bank of
9  America, N.A. or PRLAP, Inc.

11  DATED:  November 9, 2011
                                            _____
12                                          HONORABLE ANDREW J. GILFORD
                                            UNITED STATES DISTRICT JUDGE